UNITED STATES DISTRICT COURT
IN THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASYMMETRX, INC. and<br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br><br>*Plaintiffs,*<br><br>v.<br><br>BIOCARE MEDICAL LLC<br><br>*Defendant.* | Civil Action No: 1:07-cv-11189-RGS |

## AMENDED COMPLAINT AND JURY DEMAND

AsymmetRx, Inc. ("AsymmetRx"), by its attorneys Proskauer Rose LLP, and the President and Fellows of Harvard College ("Harvard"), by its attorneys Goodwin Procter LLP, bring this action for patent infringement against Biocare Medical LLC ("Biocare").

## THE PARTIES

1. AsymmetRx is a corporation with its headquarters formerly located at 117 Senate Brook Drive, Amston, Connecticut 06231 and now located at Klaradies Village Center, Suite 235, Seymour, CT 06483.

2. Harvard is a non-profit educational institution with headquarters located at 17 Quincy Street, Cambridge, Massachusetts 02138.

3. On information and belief, Biocare is a limited liability company with a main office at 4040 Pike Lane, Concord, California 94520.

4. AsymmetRx settled its dispute with the four other original Defendants: EMD Biosciences, Inc. ("EMD Biosciences"); Lab Vision Corporation ("Lab Vision"); Sigma Chemical Company ("Sigma"); and Santa Cruz Biotechnology, Inc. ("Santa Cruz"). A notice of

Dismissal was entered on August 28, 2007, December 6, 2007, January 4, 2008 and February 20, 2008 for EMD Bioscienes, Lab Vision, Santa Cruz and Sigma, respectively.

## JURISDICTION AND VENUE

5. This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338 and 2201.

7. On information and belief, this Court has personal jurisdiction over the Defendant because it sells, offers to sell, and distributes p63 antibodies used in the diagnosis of prostate cancer in Massachusetts and/or is regularly engaged in business in Massachusetts.

8. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) & (c), and 1400.

## BACKGROUND FACTS

9. AsymmetRx is a drug discovery/development and medical device company with antibody-based technologies in the fields of cancer and other diseases. Founded in 2001, AsymmetRx holds an exclusive license to patents covering p63 specific antibodies and the use of p63 antibodies to diagnose prostate and other cancers. AsymmetRx has received 510(k) clearance from the FDA for the use of p63 antibodies in an *in vitro* test for diagnosing prostate cancer.

10. Harvard is a non-profit educational institution and owner of U.S. Patent No. 6,946,256 ("the '256 Patent") and U.S. Patent No. 7,030,227 ("the '227 Patent").

11. AsymmetRx is the exclusive licensee of the '256 and '227 Patents in the commercial diagnostic field.

12. The '256 Patent was duly issued by the United States Patent and Trademark Office, and is valid and enforceable. Attached hereto as Exhibit 1 is copy of the '256 Patent.

13. The '227 Patent was duly issued by the United States Patent and Trademark Office, and is valid and enforceable. Attached hereto as Exhibit 2 is copy of the '227 Patent.

## COUNT I
## Biocare's Infringement of the '256 and '227 Patents

14. The allegations of paragraphs 1 through 13 are incorporated by reference into this Count I as though fully set forth herein.

15. On information and belief, Biocare has a limited non-exclusive license from Harvard for the sale of p63 antibodies for research use only.

16. On information and belief, Biocare makes, uses, offers to sell, and sells within the United States, and/or imports into the United States, products that infringe, contribute to the infringement of, and/or induce the infringement of one or more claims of the '256 Patent in the diagnostic and/or therapeutic markets, outside the scope of its limited license.

17. On information and belief, Biocare makes, uses, offers to sell, and sells within the United States, and/or imports into the United States, products that infringe, contribute to the infringement of, and/or induce the infringement of one or more claims of the '227 Patent in the diagnostic and/or therapeutic markets, outside the scope of its limited license.

18. On information and belief, Biocare's infringing activity has been, and continues to be done, with knowledge of the '256 and '227 Patents and is willful conduct that would result in enhanced damages under 35 U.S.C. § 284.

19. AsymmetRx has been, and is being, irreparably harmed and has incurred, and will continue to incur, damages as a result of Biocare's infringement of the '256 and '227 Patents.

## PRAYER FOR RELIEF

WHEREFORE, AsymmetRx and Harvard pray for judgment against Biocare as follows:

(a) Declaring that Biocare has infringed, and continues to infringe, the '256 and '227 Patents;

(b) Declaring that Biocare's actions have been, and continue to be, willful and deliberate;

(c) Ordering that Biocare, its officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with Biocare, be preliminarily and permanently enjoined and restrained from further infringing the '256 and '227 Patents;

(d) Awarding AsymmetRx and Harvard all relief available under the patent laws of the United States, including but not limited to monetary damages, including prejudgment interest and enhanced damages based on Biocare's willful infringement of the '256 and '227 Patents;

(e) Awarding AsymmetRx and Harvard their costs and reasonable attorney's fees in respect thereto in accordance with 35 U.S.C. §§ 284 and 285; and

(f) Granting AsymmetRx and Harvard such other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

AsymmetRx and Harvard demand a trial by jury on all issues so triable.

Dated:  October 20, 2010

Respectfully Submitted,

PLAINTIFF ASYMMETRX, INC.

By Its Attorneys,

 */s/ Steven M. Bauer*
Steven M, Bauer (BBO #542531)
sbauer@proskauer.com
Amy Crafts (BBO# 667844)
acrafts@proskauer.com
Jamie Crystal-Lowry (BBO#674093)
jcrystal-lowry@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Facsimile:  (617) 526-9899

Attorneys for Plaintiff,
ASYMMETRX, INC.

and

Daryl L. Wiesen (BBO #634827)
dwiesen@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, MA  02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Attorney for Plaintiff,
PRESIDENT AND FELLOWS OF HARVARD COLLEGE

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 20, 2010, a true copy of the foregoing was filed through the Court's electronic filing system (ECF) and was served upon all attorneys of record for each other party to this action through operation of such system. It is available for viewing and downloading through the ECF system.

                                              */s/ Steven M. Bauer*
                                              Steven M. Bauer